JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STILL,<br><br>     Plaintiff,<br><br>     v.<br><br>JBR AUTOMOTIVE, INC. dba CHEVROLET OF PUENTE HILLS,<br><br>     Defendant. | Case No. 2:24-cv-8243-JFW-AJRx<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS SO ORDERED. This matter is dismissed with prejudice.

Defendant shall provide reasonable accommodations to allow disabled patrons to access the rooftop car lot at their property, as identified in a separate settlement agreement not filed with the Court. Defendant shall have 30 days to implement its reasonable accommodation policy and procedure. The Court will retain jurisdiction to enforce the agreement for 180 days.

**IT IS SO ORDERED.**

Dated: December 20, 2024

_____
Honorable John F. Walter
U.S. District Court Judge